IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

  v.

MITCH CELAYA, IN HIS OFFICIAL CAPACITY AS CHIEF OF UCPD, SIMARTINEZ, BADGE #56, UCPD, AND DOES,

    Defendants.
                        /

No. C 12-80244 MISC

**ORDER ON PRE-FILING REVIEW OF COMPLAINT**

The undersigned judge has reviewed plaintiff Hung Ha's complaint pursuant to the pre-filing review order issued by Magistrate Judge Larson on July 29, 2010. In a prior pro se action brought by plaintiff against twenty-five defendants, including the United States Attorney General, Magistrate Judge Larson found Mr. Ha to be a vexatious litigant and required pre-filing approval for all of plaintiff's future civil pro se filings in this district. This order finds that Mr. Ha's proposed complaint is frivolous and fails to state a claim. Leave to file the proposed complaint is **DENIED**.

The complaint alleges that plaintiff entered the Recreational Sports Facility at the University of California at Berkeley sometime in the evening of October 5, 2012. Plaintiff was approached by several U.C. Berkeley officers and a security guard. The officers stated he was violating rules, such as having no shoes. One of the officers allegedly issued a stay-away order to plaintiff, at which point he protested and was "kidnapped" off the University campus.

The complaint alleges claims under Section 1983 for violations of the 1st, 4th, and 14th Amendments against Officer Simartinez, Mitch Celaya, "and if necessary, the Chancellor of the UCB." The complaint is styled as a putative class action consisting of persons who "come upon UC Berkeley for a wide variety of lawful purposes . . . ." Plaintiff's complaint is very similar to an earlier complaint he filed against various U.C. Berkeley police officers and employees who work at the university's Recreational Sports Facility. In that action, plaintiff alleged violations of his constitutional rights in expelling him from the facility and revoking his membership privileges (*Hung Ha. v. Sweet B., et al.,* No. 09-1392). Upon review of plaintiff's application to proceed *in forma pauperis*, Judge Susan Illston dismissed the complaint for failure to state a claim. The order dismissing the action found that plaintiff had not alleged a constitutional violation and could not establish liability against the officers. Plaintiff's complaint was dismissed without leave to amend, as no amendment could cure the fundamental flaws inherent in plaintiff's federal Section 1983 claims.

Plaintiff's current complaint fares no better. Plaintiff has failed to allege a constitutional violation, and the defendant officers are likely entitled to qualified immunity based on their reasonable belief that their conduct was lawful.

For the reasons stated above, leave to file plaintiff's proposed complaint is **DENIED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 22, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2