**United States District Court**
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   HUNG HA,                                          No. C 12-80244 MISC

11              Plaintiff,

12       v.                                            **ORDER ON PRE-FILING**
                                                       **REVIEW OF COMPLAINT**
13   MITCH CELAYA, IN HIS OFFICIAL
     CAPACITY AS CHIEF OF UCPD,
14   SIMARTINEZ, BADGE #56, UCPD, AND
     DOES,
15
16              Defendants.
                                                    /
17

18          The undersigned judge has reviewed plaintiff Hung Ha's complaint pursuant to the pre-

19   filing review order issued by Magistrate Judge Larson on July 29, 2010.  In a prior pro se action

20   brought by plaintiff against twenty-five defendants, including the United States Attorney

21   General, Magistrate Judge Larson found Mr. Ha to be a vexatious litigant and required pre-filing

22   approval for all of plaintiff's future civil pro se filings in this district.  This order finds that Mr.

23   Ha's proposed complaint is frivolous and fails to state a claim.  Leave to file the proposed

24   complaint is **DENIED**.

25          The complaint alleges that plaintiff entered the Recreational Sports Facility at the

26   University of California at Berkeley sometime in the evening of October 5, 2012.  Plaintiff was

27   approached by several U.C. Berkeley officers and a security guard.  The officers stated he was

28   violating rules, such as having no shoes.  One of the officers allegedly issued a stay-away order

     to plaintiff, at which point he protested and was "kidnapped" off the University campus.

United States District Court

For the Northern District of California

1       The complaint alleges claims under Section 1983 for violations of the 1st, 4th, and 14th

2 Amendments against Officer Simartinez, Mitch Celaya, "and if necessary, the Chancellor of the

3 UCB."  The complaint is styled as a putative class action consisting of persons who "come upon

4 UC Berkeley for a wide variety of lawful purposes . . . ."  Plaintiff's complaint is very similar to

5 an earlier complaint he filed against various U.C. Berkeley police officers and employees who

6 work at the university's Recreational Sports Facility.  In that action, plaintiff alleged violations

7 of his constitutional rights in expelling him from the facility and revoking his membership

8 privileges (*Hung Ha. v. Sweet B., et al.,* No. 09-1392).  Upon review of plaintiff's application to

9 proceed *in forma pauperis*, Judge Susan Illston dismissed the complaint for failure to state a

10 claim.  The order dismissing the action found that plaintiff had not alleged a constitutional

11 violation and could not establish liability against the officers.  Plaintiff's complaint was

12 dismissed without leave to amend, as no amendment could cure the fundamental flaws inherent

13 in plaintiff's federal Section 1983 claims.

14       Plaintiff's current complaint fares no better.  Plaintiff has failed to allege a constitutional

15 violation, and the defendant officers are likely entitled to qualified immunity based on their

16 reasonable belief that their conduct was lawful.

17       For the reasons stated above, leave to file plaintiff's proposed complaint is **DENIED**.  The

18 Clerk shall close the file.

19

20       **IT IS SO ORDERED.**

21

22 Dated:  October 22, 2012.

                                      WILLIAM ALSUP

23                                       UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2